

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 10, 2022

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Artemisa Ruiz*, 22 Mag. 9039

Dear Judge McCarthy:

    In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint in the case be unsealed.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By: _____
     Kevin Sullivan
     Assistant United States Attorney
     (914) 993-1924

APPLICATION GRANTED

_____
Hon. Judith C. McCarthy   11-10-2022